ORDERED.

Dated: April 26, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.: 14-05012
Chapter 7

Taronica R White

_____ Debtor(s) _____/

## ORDER APPOINTING SPECIAL COUNSEL

THIS MATTER came on for consideration on the Trustee's Application to Employ Special Counsel (Doc. No. 19) and it appearing that Heidi R. Burakiewicz, Esquire and the law firm of Mehri & Skalet, PLLC do not hold any interest adverse to the debtor or the estate with respect to the matter upon which they are to be retained and it further appearing that the employment of said attorney is in the best interest of the estate, it is

ORDERED that Arvind Mahendru, trustee, is authorized to employ Heidi R. Burakiewicz, Esquire and the law firm of Mehri & Skalet, PLLC as special counsel for the trustee. Compensation will be determined in accordance with Section 330 of the Bankruptcy Code. No payment whatsoever shall be made to special counsel absent application and order.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.