FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-05012 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
| Case Name: | Taronica R White | | | | Date Filed (f) or Converted (c): | 04/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/04/2014 |
| For Period Ending: | 07/10/2018 | | | | Claims Bar Date: | 05/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10044 Blue Waters Road, Tallahassee, Fl 32305 Lot 15, Block | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. No Cash On Hand | 0.00 | 0.00 | | 0.00 | FA |
| 3. Justice Federal Credit Union Checking & Savings Account No 8 | 1,125.83 | 0.00 | | 0.00 | FA |
| 4. Washer & Dryer, Misc Kitchen Items, Table & 4 Chairs, Sectio | 700.00 | 0.00 | | 0.00 | FA |
| 5. Misc Books And Pictures | 10.00 | 0.00 | | 0.00 | FA |
| 6. Misc Clothing And Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. National Western Life Insurance | 395.21 | 0.00 | | 0.00 | FA |
| 8. Through Job - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Tsp | 32,672.44 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Charger Vin 2B3ka43r37h624101 Miles: 179,048 | 3,540.00 | 0.00 | OA | 0.00 | FA |
| 11. sexual harassment claim (u) | Unknown | 300,000.00 | | 74,382.24 | 225,617.76 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $38,543.48      $300,000.00            $74,382.24      $225,617.76

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset # 11-Harassment case
8/28/15- class action suit proceeding to discovery
12/18/15- mediation scheduled for January 14, 2016 and trial set for June 2016
3/11/16- second mediation scheduled for next week
3/30/17- parties have reached an agreement which is pending court approval
4/26/18-Notice of Abandonment
4/26/17- Application to Employ Heidi R. Burakiewicz as Special Counsel
4/26/17- Order Approving Application to Employ/Retain Heidi R Burakiewicz as Special Counsel
2/7/18- Notice of Assets
2/8/18- Application to Employ Arvind Mahendru as Attorney
2/9/18- Order Approving Application to Employ/Retain Arvind Mahendru as Attorney
7/5/18-Motion to Compel settlement closing statement, Hearing scheduled for 7/31/2018 at 02:45 PM
7/8/18-Notice of Abandonment

Initial Projected Date of Final Report (TFR): 11/15/2015    Current Projected Date of Final Report (TFR): 07/30/2018

Trustee Signature:    /s/ ARVIND MAHENDRU    Date: 07/10/2018

ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida, 32708
(407) 504-2462
amtrustee@gmail.com