UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

                                                                                                         Case No.:  14-05012

                                                                                                         Chapter 7

TARONICA WHITE

                     Debtor(s)       /

MOTION FOR AUTHORITY TO PAY $9,664.00 TO INTERNAL REVENUE SERVICE

Trustee, Arvind Mahendru, moves for entry of an Order granting the Trustee authority to pay $9,664.00, to the Internal Revenue Service for estate tax liability, and as grounds therefore states :

1. The estate has received capital gains in connection with the settlement of a class action suit in the amount of $74,382.24.

2. The estate's tax return for the 2018 tax year indicates a tax liability to the Internal Revenue Service of $9,664.00.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within (21) twenty-one days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801and serve a copy on Arvind Mahendru, Trustee, 5703 Red Bug Lake Road #284, Winter Springs, Florida 32708 and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Wherefore, Trustee moves the Court to enter an Order granting trustee authority to pay $9,664.00 to the Internal Revenue Service for the estate's tax liability.

/s/Arvind Mahendru, Esq.  
Arvind Mahendru, Esq.  
5703 Red Bug Lake Rd #284  
Winter Springs, Florida 32708  
Telephone (407) 504-2462  
E-mail: amtrustee@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion has been furnished by United States Mail or by electronic delivery to all persons on the mailing matrix, attached hereto and furnished by the Clerk of the Bankruptcy Court on July 26, 2018.

/s/Arvind Mahendru  
Arvind Mahendru
