

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/31/2018 02:45 PM

COURTROOM   6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-05012-CCJ | 7 | 04/30/2014 |

**Chapter 7**

**DEBTOR:**   Taronica White

**DEBTOR ATTY:**   Walter Benenati

**TRUSTEE:**   Arvind Mahendru

**HEARING:**

Motion by Trustee to Compel Special Counsel to Provide
    Settlement closing Statement (Doc #37)
    Note: Prior Case(s):   08-02433, Chapter 13 filed in Florida Middle
    Bankruptcy Court on 04/30/2008 , Dismissed for failure to make
    plan payments on 12/28/2009

**APPEARANCES:**:

Walter F Benenati (Debtor),
Arvind Mahendru (Trustee),
Heidi Burakiewicz (Michael Nardella),
Heidi Burakiewicz, Special Counsel,
Michael D Lieder (Mehri & Skalet PLLC),
Steve Skalet, Interested Party,

**RULING:**

Motion by Trustee to Compel Special Counsel to Provide Settlement closing Statement   (Doc #37): Status Conference Scheduled 9/13/2018 at 2:45 PM (AOCNFNG),

 Note: Special Counsel to file Fee Application within 30 days as discussed in court. Parties have 14 days prior to the continued status hearing to file any authority for the court to consider.

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.