ORDERED.

Dated:  August 29, 2018

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

                                                                                                                Case No:14-05012
                                                                                                                        Chapter 7

TARONICA WHITE

              Debtor(s)      /

**ORDER GRANTING MOTION FOR AUTHORITY TO PAY**
**ADMINISTRATIVE EXPENSE TO INTERNAL REVENUE SERVICE**

THIS CASE came on for consideration on the Motion for Authority to Pay Administrative Expense to Internal Revenue Service (Doc #40) filed by Arvind Mahendru, Trustee ("Trustee"). The Court considered the record and finds:

1. The Trustee filed a Motion for Authority to Pay Administrative Expense to Internal Revenue Service ["Motion"] (Doc #40) on July 26, 2018.

2. A Certificate of Service was filed on the docket stating that copies of the Motion were served to all persons on a current mailing matrix by either electronic transmission or by first-class United States Mail, postage prepaid, in accordance with F.R.B.P. 7004 on July 26, 2018.

3. The Motion contained a negative notice provision pursuant to Local Rule 2002-4 which allowed creditors and parties in interest a period of twenty - one (21) days from the date of service of the Motion to file an objection.

4. The twenty – one (21) day notice period has expired and no objections to the Motion have been filed with the Bankruptcy Court.

Based on the foregoing it is

ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The Trustee is hereby authorized to pay Internal Revenue Service the amount of $9,664.00.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.